# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| STEPHEN EIMERS, *as Personal Representative of the Estate of Hannah Eimers*, | ) ) ) Case No. 1:17-cv-356 ) |
| *Plaintiff*, | ) Judge Travis R. McDonough ) |
| v. | ) Magistrate Judge Susan K. Lee ) ) |
| VALMONT INDUSTRIES, INC., *et al.*, | ) ) |
| *Defendants*. | ) |

## JUDGMENT ORDER

For the reasons stated in the accompanying memorandum opinion, Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

/s/ <i>Travis R. McDonough</i><br>
<b>TRAVIS R. MCDONOUGH<br>
UNITED STATES DISTRICT JUDGE</b>

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
  CLERK OF COURT